IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                              Case No. 10-MJ-7027-01-JPO

LEVI ANDERTON,

        Defendant.

ORDER REMITTING FINE AND ASSESSMENT

The Court, having reviewed the pleading and being otherwise sufficiently advised, adopts the allegations of the petition (ECF doc. 9) as the findings of this court.

Based upon its findings, the Court orders, in accordance with 18 U.S.C. § 3573 (amended November 18, 1988), that the $300.00 fine and $25.00 assessment imposed by the Court against Levi Anderton on April 14, 2010 is hereby remitted.

Dated July 9, 2015.

                                              s/ James P. O'Hara
                                              JAMES P. O'HARA
                                              U.S. MAGISTRATE JUDGE

2

SUBMITTED BY:

BARRY R. GRISSOM
United States Attorney


<u>/s Tanya Sue Wilson</u>
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 S.E. Quincy
Topeka, KS  66683-3592
Telephone:  (785) 295-2850
Facsimile: (785) 295-2853
E-mail:  Tanya.Wilson@usdoj.gov
Attorneys for the United States